IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE MARCELLA HAMBY, | |
|     Petitioner, | No. CIV S-97-0164 LKK DAD P |
|     vs. | |
| TINA FARMON, | |
|     Respondent. | |
| _____/ | |
| ROBERT M. FENENBOCK, | |
|     Petitioner, | No. CIV S-97-1731 LKK DAD P |
|     vs. | |
| DIRECTOR OF DEPARTMENT OF CORRECTIONS, et al., | |
|     Respondents. | |
| _____/ | |
| CHERRI LYNN FRAZIER, | |
|     Petitioner, | No. CIV S-97-2196 LKK DAD P |
|     vs. | |
| TINA FARMON, | |
|     Respondent. | |
| _____/ | |

1

| | | |
|---|---|---|
| 1 | ROBERT LOREN BOND, | |
| 2 |     Petitioner, | No. CIV S-99-2150 LKK DAD P |
| 3 | vs. | |
| 4 | RICHARD A. RIMMER, et al., | |
| 5 |     Respondents. | |
| 6 | _____/ | |
| 7 | BERNARD LEROY MACCARLIE, | |
| 8 |     Petitioner, | No. CIV S-00-1830 LKK DAD P |
| 9 | vs. | |
| 10 | GAIL LEWIS, et al., | |
| 11 |     Respondents. | ORDER |
| 12 | _____/ | |

Pursuant to respondents' notice of substitution filed June 29, 2005, Deputy Attorney General Glenn R. Pruden will be substituted for Supervising Deputy Attorney General Peggy S. Ruffra as counsel of record for respondents Wardens Tina Farmon and Gail Lewis, and Jeanne Woodford, Director of the Department of Corrections, as appropriate, in the above-titled related cases. *See* Local Rule 83-182(g).

IT IS SO ORDERED.

DATED: July 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hamby5.ntcsub