IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

    Petitioner,                    No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

    Respondent.                 ORDER

_____/

        By order filed September 22, 2006, petitioner was granted a lengthy extension of time to file objections to the findings and recommendations filed in this case on September 11, 2006. In light of the length of the extension, petitioner was cautioned that no further extension will be granted absent a compelling showing of good cause. Petitioner now seeks to extend the deadline an additional three weeks. The request will be granted only because it is unopposed by respondent. Absolutely no further extensions of time will be granted for this purpose. In light of the voluminous objections petitioner apparently intends to file, the court will grant respondent a sixty-day extension of time to file a reply.

        Accordingly, IT IS ORDERED that:

        1. Petitioner's November 17, 2006 application for second extension of time to file objections to findings and recommendations is granted;

1

2. Petitioner's objections to the findings and recommendations filed September 11, 2006 shall be filed on or before December 13, 2006; and

3. Respondent's reply to petitioner's objections shall be filed on or before February 12, 2007.

DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hamb0164.eotobjs2