IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

    Petitioner,                  No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a motion to allow the late-filing of her second amended petition. Good cause appearing, the court will grant petitioner's motion, and petitioner's second amended petition will be deemed timely.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's May 20, 2009 motion (Doc. No. 149) is granted; and

        2. Petitioner's May 20, 2009 second amended petition is deemed timely.

DATED: June 8, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hamb0164.late