IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

    Petitioner,               No. CIV S-97-0164 LKK CHS P

    vs.

TINA FARMON,

    Respondent.             ORDER

_____/

        Petitioner Sue Hamby is a state prisoner proceeding through counsel with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On May 21, 2010, findings and recommendations were entered herein recommending that the petition be denied. Petitioner has requested a 14 day extension of time in which to file objections to the findings and recommendations. Good cause appearing, petitioner's June 11, 2010 request is granted.

IT IS SO ORDERED.

DATED: June 11, 2010

                                    CHARLENE H. SORRENTINO
                                    UNITED STATES MAGISTRATE JUDGE